D. J. THIES v. S. B. TANNER, JR., AND J. S. DURHAM.

(Filed 12 May, 1920.)

(For digest, see *Wittson v. Dowling, ante*, 542.)

CONTROVERSY without action, heard before *Lane, J.,* at March Term, 1920, of MECKLENBURG.

*Tillett & Guthrie and C. H. Gover for plaintiff.*
*Cansler & Cansler for defendant.*

PER CURIAM. The pertinent and controlling facts in this case are substantially the same as those of *Wittson v. Dowling, ante,* 542, and for the reasons stated in that opinion, the judgment for plaintiff enforcing the contract of purchase is

Affirmed.